FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2025-2972
_____

ANDREW JOSEPH VANDERGRIFF,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Timothy A. Register, Judge.

March 11, 2026

PER CURIAM.

DISMISSED as untimely.

RAY, KELSEY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andrew Joseph Vandergriff, pro se, Appellant.

No appearance for Appellee.